















```
ELC    11/7/01    15:12
3:01-M -02632   USA V. GOLD
*1*
*CRCMP.*
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Magistrate's Docket No. __**2632**__

Case No. _____

__**GOLD Jeffrey**_____, now presented before
(Name of accused)

The Honorable __**Nita L. Stormes**_____, United States Magistrate Judge, for

arraignment and fixing of bail, has been charged before a United States Magistrate Judge

in the ____**Southern**____ District of ____**Miami**____ that on

or about __**10/01/01**__, at __**Miami, FL**__ in
(Date of Offense)

violation of United States Code, Title __**18**__, Section __**3606**__, the accused

**violated his conditions of supervised release.**
(Brief Statement of Offense Charged)

_____

_____

_____

and a warrant for his/her arrest was issued the same day by the aforesaid magistrate.

Bond in the sum of __**NONE SET**__ has been recommended by the United States Attorney of the district in which charges are pending.

Dated: __**November 07, 2001**__

__**Ernesto Gonzalez, Jr.**__
Name of Affiant

__**Deputy U.S. Marshal**__
Title

Lodged with me this __7__ day of __Nov.__, 20_01_, in lieu of certified copy of complaint against the accused.

_____
United States magistrate Judge

FILED
01 NOV -7 PM 1:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES MARSHAL
2001 OCT -3 AM 9:
SOUTHERN DISTRICT
FLORIDA
WARRANTS

U.S.A. vs JEFFREY GOLD

Docket No. 1:97CR00898-005
SD/FL PACTS No.

TO:[1] ANY UNITED STATES MARSHAL OR ANY AUTHORIZED OFFICER

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>Jeffrey Gold | SEX<br>Male | RACE<br>White | AGE<br>51 |
| ADDRESS (STREET, CITY, STATE)<br>27444 VALLEY CENTER ROAD, VALLEY CENTER, CA | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. DISTRICT COURT | DATE IMPOSED<br>0/14/98 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. DISTRICT COURT, MIAMI, FL | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>10/1/01 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeffrey Gold      Case Number: 1:97CR00898-005

Name of Sentencing Judicial Officer: The Honorable James L. King, Judge

Date of Original Sentence: October 14, 1998

Original Offense:     Conspiracy to Possess With Intent to Distribute Cocaine

Original Sentence:     Three (3) years probation, with special conditions: to pay $50.00 special assessment, one (1) year Home Detention Electronic Monitoring Program and continue underwriting anti-drug spots through the media to be monitored by the U.S. Probation Office.

Type of Supervision: Probation      Date Supervision Commenced: October 14, 1998

Assistant U.S. Attorney:      Defense Attorney:
Neal Stevens      Sam Rabin

FILED by ___ D.C.
OCT 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to submit truthful and complete written monthly report. The probationer's November 2000, December 2000, January 2001, and February 2001, monthly supervision report contained false information regarding his association with Harold James Albritton, a convicted felon. |
| 2. | **Violation of Standard Condition**, by associating with a person who is a convicted a felony without permission of the U.S. Probation Officer. On or about November 2000 to February 2001, the probationer knowingly associated with Harold James Albritton, White/Male, DOB: July 8, 1962, FBI No. 84465AA2, convicted in San Diego County, Vista, California, on August 5, 1998, Case No. SCN081287 of Possession of a Firearm by an Ex-Felon, and sentenced to 32 months imprisonment. |

## MAGISTRATE INFORMATION SHEET

1. Dis. Auth _____ 1A. USAO#_____Ct.#_____Agency #_____

2. Hg. Date_____ 3. AUSA_____ 4. Mag._____

5A. Mat. Wit._____ Cust: NO  Arraign M/W  Release M/W  Other

5B. Eye Wit._____ 5C. Victims_____(no.)

Def. #___of___s. Def Name: **GOLD, Jefrrey**  Soc. Sec. # **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**   Alias: **Unkown**

Birth Date **8/31/50**  Address **27444 Valley Center Rd.**  7. Flip? Yes  No
                                **Valley, CA  92082**

Charges **18 USC 3606**  8. Arrest Date **11/07/01**

Penalties **Probation Violation**  Place of Arrest **San Diego, CA**

Agents **Ernesto Gonzalez** Phone#: **557-6620**  Date Committed: **11/07/01**

Agency **U.S. Marshals Service**  Program Category:_____

9. Custody? Yes No        10. Citizenship? U.S.  Mex.  Other_____

11. INS Status: Res  Bcc  Illegal  Other_____

Prior Deports: _____ Prior VR's_____

Prior Record: _____

Drug Usage: _____How Evidenced?_____

Cash on Def. $_____ Other Evidence_____

Agents Fact Summary: **Arrested by DUSM Ernesto Gonzalez and ATF S/A John Schmidt @ U.S. Probation's office w/o incident**

Agents Info (Employment, Family, Etc.)_____

Vehicle Seized (Describe) _____Mat/Wit Atty:_____

12. Def. Atty: Apptd  Retain  13. Def. Atty. Name_____

14. Plea: Guilty Count_____ NG  Nolo   15. RCD? Yes  No   16. Sent._____

Con't Sent_____ 16A. S.A. $____ 17. Dism? Ct.  Govt.

18. Next Court for ____ 19. Date_____ 20. Time ___ and for___on___at___

21. Bond Set_____              Conditions_____

22. Pers. Info____

23. Sentencing Guidelines: _____

24. Potential Forfeitures _____